IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3115 |
| | ) | |
| vs. | ) | MOTION PURSUANT |
| | ) | TO RULE 35(b) |
| DANIEL SAVAGE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff United States of America in the above encaptioned matter, by and through the United States Attorney for the District of Nebraska and the undersigned Assistant United States Attorney, and hereby advises the Court, pursuant to Rule 35(b) of the Rules of Criminal Procedure, that the defendant is providing cooperation to the government that, if completed as currently anticipated, should prove to be substantial, thereby warranting a reduction of the sentence previously imposed herein. Because the Plaintiff does not consider any cooperation to be substantial until completed and therefore subject to evaluation as a whole, the Plaintiff hereby moves the court to hold a hearing pursuant to Rule 35 (b) at such time as the Plaintiff notifies the court that the defendant's cooperation has been completed as anticipated.

UNITED STATES OF AMERICA,

By: MICHAEL G. HEAVICAN
United States Attorney
District of Nebraska


s/BRUCE W. GILLAN
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kirk E. Naylor
Attorney at Law


And, I do hereby certify that on April 1, 2005, I have mailed by United States Postal Service, properly addressed and postage prepaid to the following non CM/ECF participants:

United States Probation Office


_____
s/BRUCE W. GILLAN
Assistant United States Attorney