FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL 25 PM 12:29

OFFICE OF THE CLERK

**RECORDS TRANSMITTAL SHEET**

**DATE:** July 20, 2005

**RE:** 04-2023 United States vs. Daniel W. Savage

**TO:** Ms. Denise M. Lucks

**FROM:** James Foster

Enclosed are the following records for return to your office:

| | |
|---|---|
| Original file: | Transcript: 3 vols. |
| Deposition: | Sealed: |
| Exhibits: | |
| Other: | |

[ ] Case closed          [ ] Counsel appointed

[ ] Per your request     [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): 4:03CR3115

jjf