IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | LIST OF EXHIBITS |
| v. | ) ) | Case Number: 4:03CR3115 |
| | ) | Courtroom Deputy: Beth Hansen |
| DANIEL W. SAVAGE, | ) ) | Court Reporter: Digital |
| Defendant. | ) | |

Hearing Date: August 2, 2006

| EXHIBIT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLF | DFT | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | 100 | Certificate of Completion of Drug Abuse Education Program | X | | | | 8/2/06 |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

k:\clerk\crds\minutes\exhlst61.frm