IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3115 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DANIEL W. SAVAGE | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court upon the United States' Motion to Destroy or Otherwise Dispose of Exhibit, filing 73.

    Having received no objection from counsel for defendant, the Court, for good cause shown, grants the United States' Motion, and the United States is authorized to destroy or otherwise dispose of the exhibit described in the Motion.

    IT IS SO ORDERED this 13th day of July, 2007.

                                               BY THE COURT:

                                               s/ WARREN K. URBOM
                                               Senior United States District Judge