# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 4:03CR303115 |
| Plaintiff, | |
| vs. | DETENTION ORDER |
| **DANIEL W. SAVAGE,** | PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |
| Defendant. | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

September 12, 2011                                         BY THE COURT:

                                                           *s/Cheryl R. Zwart*
                                                           United States Magistrate Judge